FRANK COGNETTA, as Administrator of the Estate of ROBERTO RAVINALE, Deceased, Respondent, *v.* THEODORE H. FISHEL, Appellant.

*Cognetta* v. *Fishel*, 176 App. Div. 909, affirmed.

(Argued March 22, 1918; decided April 5, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover tor the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate, a fourteen-year-old boy was killed while crossing from the southerly to the northerly side of West Main street, in the town of Stamford, Conn., by being collided with by the left rear mud guard of an automobile of defendant, and thrown into the path of an automobile proceeding in an opposite direction, which ran over and killed him.

*Edward P. Mowton* for appellant.

*George W. Alger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN and CRANE, JJ. Not sitting: MCLAUGHLIN, J.